IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAS TODD SUTTON, | ) |
| | ) CAPITAL CASE |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-00005 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| TONY PARKER, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss Amended Complaint. (Doc. No. 12.) Plaintiff has filed a Response in Opposition (Doc. No. 17), and Defendants have replied in further support of their motion. (Doc. No. 20.) For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion (Doc. No. 12) is **GRANTED**, and this case is **DISMISSED** in its entirety.

Count 2, and Count 7 with respect to the request for telephone access, are dismissed on the basis that they are not ripe for review. Accordingly, dismissal of Count 2, and of Count 7 with respect to the request for two attorney-witnesses, is without prejudice. In all other respects, this dismissal is with prejudice.

This is the final Order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE